1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LAWRENCE P. HAYES,                          No.  2:25-cv-1340-TLN-DMC-P

12              Plaintiff,

13         v.                                      ORDER GRANTING IN FORMA PAUPERIS
                                                   STATUS AND DIRECTING PAYMENT OF
14    GUGLIELMINETTI, et al.,                      FILING FEES

15              Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma

19    pauperis, ECF No. 2.  Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, granted.

21            To:    The Solano County Sheriff's Department
                     Attn: Cash Handling
22                   530 Union Avenue, Suite 100, Fairfield, California 94533:

23            Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

24    In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to

25    make monthly payments in the amount of twenty percent of the preceding month's income

26    credited to Plaintiff's inmate trust account.  The agency referenced above is required to send to

27    the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate

28    trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

                                                  1

1    $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

2              Accordingly, IT IS HEREBY ORDERED as follows:

3              1.      Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is

4    granted.

5              2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

6    action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1).

7              3.      The director of the agency referenced above, or a designee, shall collect

8    from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

9    of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

10    to be clearly identified by the name and number assigned to this action.

11              4.      Thereafter, the director of the agency referenced above, or a designee, shall

12    collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly

13    payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

14    preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to

15    the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

16    U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

17    payments to be clearly identified by the name and number assigned to this action.

18              5.      The Clerk of the Court is directed to serve a copy of this order and a copy

19    of Plaintiff's signed in forma pauperis affidavit to the address shown above.

20              6.      The Clerk of the Court is further directed to serve a copy of this order on

21    the Financial Department of the Court.

22

23    **Dated:  June 5, 2025**

24    _____
      DENNIS M. COTA

25    UNITED STATES MAGISTRATE JUDGE

26

27

28

                                    2